UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25cv01395 CAS (RAOx)                                       Date: June 13, 2025

Title   *SBD REAL ESTATE FOUR, LLC v. NOMURA DRY CLEANERS, INC.; ET AL*

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE**

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **July 7, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants NOMURA DRY CLEANERS, INC.; YOSHIHARU NOMURA; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER; ESTATE OF MICHAEL CARPENTER; WON JU LEE; RYAN YIM LEE; CHANG SOO RA; OK SOON RA; and SAN L. RA, only.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider the following:

1) A proof of service of summons and complaint on **defendants NOMURA DRY CLEANERS, INC.; YOSHIHARU NOMURA; KAZUKO NOMURA; HIROAKI AOKI;  MYUNG SOOK CARPENTER; ESTATE OF MICHAEL CARPENTER; WON JU LEE; RYAN YIM LEE; amd SAN L. RA**; and
2) An answer by **defendants CHANG SOO RA; OK SOON RA,** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |