UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25cv01395 CAS (RAOx) Date: August 18, 2026

Title *SBD REAL ESTATE FOUR, LLC v. NOMURA DRY CLEANERS, INC.; ET AL*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDERS TO SHOW CAUSE**

In reviewing the above-referenced action, the Court issues the following orders to show cause, as follows:

**FIRST AMENDED COMPLAINT [58]**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 11, 2026**, why this action should not be dismissed for lack of prosecution as to **defendants NOMURA DRY CLEANERS, INC.; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER; ESTATE OF MICHAEL CARPENTER; WON JU LEE; and RYAN YIM LEE, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons on first amended complaint and first amended complaint [58] on **defendants defendants NOMURA DRY CLEANERS, INC.; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER; ESTATE OF MICHAEL CARPENTER; WON JU LEE; and RYAN YIM LEE** on or before the above date, as a satisfactory response to the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:25cv01395 CAS (RAOx) Date: August 18, 2026

Title *SBD REAL ESTATE FOUR, LLC v. NOMURA DRY CLEANERS, INC.; ET AL*

## CROSSCLAIM [60] BY CHANG SOO RA AND OK SOON RA

**IT IS FURTHER ORDERED** that **CROSS-CLAIMANTS CHANG SOO RA** and **OK SOON RA** show cause in writing not later than **September 11, 2026**, why this action should not be dismissed for lack of prosecution as to **cross-defendants NOMURA DRY CLEANERS, INC.; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER (alias JULIE CARPENTER); ESTATE OF MICHAEL CARPENTER; WON JU LEE; and RYAN YIM LEE, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Cross-Claimants are advised that the Court will consider a proof of service of summons on crossclaim and crossclaim [60] on **cross-defendants NOMURA DRY CLEANERS, INC.; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER; ESTATE OF MICHAEL CARPENTER; WON JU LEE; and RYAN YIM LEE** on or before the above date, as a satisfactory response to the Order to Show Cause.

## CROSSCLAIM [70] BY THE ESTATE OF YOSHIHARU NOMURA

**IT IS FURTHER ORDERED** that **CROSS-CLAIMANT THE ESTATE OF YOSHIHARU NOMURA** show cause in writing not later than **September 11, 2026**, why this action should not be dismissed for lack of prosecution as to **cross-defendants NOMURA DRY CLEANERS, INC.; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER (alias JULIE CARPENTER); ESTATE OF MICHAEL CARPENTER; WON JU LEE; and RYAN YIM LEE, only.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Cross-Claimant is advised that the Court will consider a proof of service of summons on crossclaim and crossclaim [70] on **cross-defendants NOMURA DRY CLEANERS, INC.; KAZUKO NOMURA; HIROAKI AOKI; MYUNG SOOK CARPENTER; ESTATE OF MICHAEL CARPENTER; WON JU LEE; and RYAN YIM LEE** on or before the above date, as a satisfactory response to the Order to Show Cause.

## CROSSCLAIM [86] BY EMIKO AOKI

**IT IS FURTHER ORDERED** that **CROSS-CLAIMANT EMIKO AOKI** show cause in writing not later than **September 11, 2026**, why this action should not be dismissed for lack of prosecution as to **cross-defendant the estate of YOSHIHARU NOMURA.** In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Cross-Claimant is advised that the Court will consider an answer by **cross-defendant THE ESTATE OF YOSHIHARU NOMURA,** or cross-claimant's request for entry of default on this cross-defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | CMJ |